Pittsfield Municipal Court,
No. 5006.

## STATE *v.* CHRIS KARAFOTIS.

Argued May 2, 1962.

Decided June 29, 1962.

*William Maynard,* Attorney General, *William J. O'Neil,* Assistant Attorney General, and *Paul A. Rinden,* county attorney (*Mr. O'Neil* orally), for the State of New Hampshire.

*Stanley & Stanley* (*Mr. John W. Stanley, Jr.* orally), for the defendant.

BLANDIN, J. The underlying question before us is whether a defendant charged with a misdemeanor has the right to take depositions before arraignment and plea. Our answer is no. The issue is controlled by the case of *State* v. *Myal,* 104 N. H. 188. It follows that the ruling of the municipal court was erroneous.

The order is

*Remanded.*

DUNCAN, J., dissented; the others concurred.